CO-386-online
10/03

# United States District Court
# For the District of Columbia

Lester E. Cox Medical Centers,    )
dba CoxHealth                     )
                                  )
                                  )
            Plaintiff             )    Civil Action No._____
       vs                         )
Michael O. Leavitt, Secretary,    )
United States Department of       )
Health and Human Services         )
            Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Lester E. Cox Medical Centers, dba CoxHealth  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Lester E. Cox Medical Centers, dba CoxHealth  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
[signature]
Signature

444412
BAR IDENTIFICATION NO.

John R. Jacob
Print Name

1333 New Hampshire Avenue, N.W.
Address

Washington, D.C.  20036
City          State          Zip Code

202-887-4582
Phone Number