UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:07CV01218 (CKK) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a forty-five day enlargement of time, up to and including October 22, 2007, to answer or otherwise respond to Plaintiff's Complaint. In compliance with LCvR 7(m), the undersigned counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on July 6, 2007.

2. Plaintiff's Complaint was served on the office of the United States Attorney for the District of Columbia on July 9, 2007. Thus, the current deadline for the Secretary's response to Plaintiff's Complaint is September 7, 2007. Fed. R. Civ. P. 12(a)(3)(A).

3. Plaintiff challenges a jurisdictional determination dated May 10, 2007, of the Provider Reimbursement Review Board.

4. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes. As of the date of this filing, the Secretary's agency counsel has not yet received the administrative record for this matter from OAA, and it is uncertain when the record will be finally compiled and made available to counsel.

5. The Secretary's undersigned counsel has a previously scheduled vacation from August 17 until September 4, 2007.

6. Agency counsel for the Secretary is also agency counsel in several other matters, each of which has upcoming deadlines. For example, she is the primary agency counsel in Situ, et al. v. Leavitt, No. 06-cv-02841 (N.D. Ca. filed April 26, 2006), a certified nationwide class action challenging various aspects of the Secretary's implementation of Medicare Part D, which was created by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"), Pub. L. 108-173, 117 Stat. 2066, 42 U.S.C. § 1395w-101 et seq. (2003). Agency counsel is scheduled to travel to San Francisco, California, from September 24 to September 26, 2007, for a settlement conference in that matter, and expects to be employed in intensive document review for that matter during the September and October time period. Agency counsel also is

currently working on several other matters, including <u>UMDNJ-University Hospital v. Leavitt</u>, No. 1:06-cv-01200 (D.D.C. filed June 30, 2006), and <u>Lifestar Ambulance Services, et al. v. United States</u>, No. 4:07-cv-89 (M.D. Ga. filed May 18, 2007), a putative nationwide class action brought on behalf of ambulance suppliers, in which a reply brief currently is due September 14, 2007.

    7. The Secretary has requested no prior extensions in this case.

    8. In order to allow sufficient time for the OAA to compile the administrative record, and for the Secretary's counsel to review the administrative record, consult with the agency as necessary, and prepare an appropriate response to the Complaint, while still meeting her other deadlines, the Secretary respectfully requests an enlargement of time of forty-five days, up to and including October 22, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.

    9. This request is made in good faith and not for purposes of delay.

    10. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                       Respectfully submitted,


                                       /s/
                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar No. 498610


                                       /s/
                                    MEGAN L. ROSE
                                    Assistant United States Attorney
                                    N.C. Bar No. 28639
                                    Civil Division
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7220
                                    Facsimile: (202) 514-8780


                                       /s/
                                    SUSAN MAXSON LYONS
                                    D.C. Bar No. 434249
                                    Attorney
                                    U.S. Department of Health and
                                       Human Services
                                    Office of the General Counsel
                                    Room 5309 Cohen Building
                                    330 Independence Ave., S.W.
                                    Washington, D.C. 20201
                                    (202) 619-3802
                                    Facsimile: (202) 401-1405

                                    Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )    Case No. 1:07CV01218 (CKK) </br> ) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) </br> ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before October 22, 2007.

_____
UNITED STATES DISTRICT JUDGE