## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:07-1218 (CKK) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: October 22, 2007            Respectfully submitted,


            /s/
            MEGAN L. ROSE, NC Bar No. 28639

            /s/
            CHARLOTTE A. ABEL
            D.C. Bar No. 388582
            Assistant United States Attorney
            555 Fourth St., N.W.
            Washington, D.C. 20530
            (202) 307-2332