UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER E. COX MEDICAL CENTERS,

   Plaintiff,

     v.

MICHAEL O. LEAVITT, Secretary, United
States Department of Health and Human
Services,

   Defendant.

Civil Action No. 07-1218 (CKK)

**ORDER**
(October 25, 2007)

On July 6, 2007, Plaintiff filed its Complaint in this action, seeking judicial review of a

decision by the Provider Reimbursement Review Board, pursuant to the Medicare Act, 42 U.S.C.

§ 1395oo(f). Defendant filed an Answer to Plaintiff's Complaint on October 22, 2007 and, on

October 23, 2007, provided the Court with Notice of the filing of the Administrative Record in

this case. In light of these filings, it is, this 25th day of October, 2007, hereby

**ORDERED** that the parties in the above-captioned action shall confer and propose a

schedule for proceeding in this matter. The schedule should set out requested dates for planned

dispositive motions. The parties shall file the schedule not later than November 12, 2007.

   **SO ORDERED**.

                           */s/*_____
                           COLLEEN KOLLAR-KOTELLY
                           United States District Judge