UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL )<br>    CENTERS, dba CoxHealth, )<br>                                                                )<br>          Plaintiff, )<br>                                                               )<br>         v. )<br>                                                                 )<br>MICHAEL O. LEAVITT, Secretary, )<br>    United States Department of )<br>    Health and Human Services, )<br>                                                                 )<br>         Defendant. )<br>_____) | Case No. 1:07-cv-01218 (CKK) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

    Counsel for Plaintiff, Lester E. Cox Medical Centers, dba CoxHealth, and for Defendant, Michael O. Leavitt, the Secretary of Health and Human Services, have conferred. The parties agree that this is an action for review on an administrative record, and no discovery by either party will be done; the requirements of a Rule 26(f) conference, a joint meet and confer statement, and initial disclosures are not applicable; and the obligation to have an initial scheduling conference does not arise. See Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1). Accordingly, the parties respectfully request that they be relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend an Initial Scheduling Conference.

    Furthermore, the parties agree that this case should be resolved on the basis of dispositive motions. Accordingly, the parties respectfully request that the Court approve

the following proposed briefing schedule for the submission of the parties' respective dispositive motions:

    January 11, 2008:    Plaintiff's dispositive motion

    February 22, 2008:    Defendant's dispositive motion and opposition to Plaintiff's motion

    March 14, 2008:    Plaintiff's opposition to Defendant's motion and reply

    April 4, 2008:    Defendant's reply

    A proposed Order is attached.

November 9, 2007                              Respectfully submitted,

                                                    /s/
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar No. 498610

                                                    /s/
                                      CHARLOTTE A. ABEL
                                      D.C. Bar No. 388582
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th St., N.W., Room 10-106
                                      Washington, D.C.  20530
                                      (202) 307-2332
                                      Facsimile:  (202) 514-8780

        /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile:  (202) 401-1405

Counsel for Defendant


        /s/
JOHN R. JACOB
D.C. Bar No. 444412
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4582
Facsimile:  (202) 955-7648

OF COUNSEL:
Byron J. Gross, Esq.
Hooper, Lundy and Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
(310) 551-8151
Facsimile:  (310) 551-8181

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL ) | |
|     CENTERS, dba CoxHealth, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01218 (CKK) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
|     United States Department of ) | |
|     Health and Human Services, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**ORDER**

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that, because this is an action for review on an administrative record under Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1), the parties are hereby relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend an Initial Scheduling Conference; and it is

FURTHER ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

    January 11, 2008:    Plaintiff's dispositive motion

    February 22, 2008:    Defendant's dispositive motion and opposition to Plaintiff's motion

March 14, 2008:           Plaintiff's opposition to Defendant's motion and reply

April 4, 2008:            Defendant's reply

 

 

UNITED STATES DISTRICT JUDGE