UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER E. COX MEDICAL CENTERS, )
)
      Plaintiff, )
)
      v. )   Civ. Action No. 07-1218 (CKK)
)
MICHAEL O. LEAVITT, )
Secretary, United States Department of )
Health and Human Services, )
)
      Defendant. )

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: December 6, 2007            Respectfully submitted,

                                                     /s/
                                        CHARLOTTE A. ABEL, D.C. Bar No. 388582

                                                   /s/
                                        CHRISTOPHER B. HARWOOD
                                        N.Y. Bar No. 4202982
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372