UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, a Missouri Nonprofit Corporation, doing business as CoxHealth<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | Case No.: 1:07-cv-01218 (CKK) |

## UNOPPOSED MOTION FOR RESETTING OF BRIEFING SCHEDULE

      Plaintiff Lester E. Cox Medical Centers, by and through its counsel, John R. Jacob, Akin Gump Strauss Hauer & Feld LLP, and Byron J. Gross, Hooper, Lundy & Bookman, Inc., hereby moves the Court to continue the briefing schedule for about 60 days, in accordance with the new schedule set forth below. The good cause for this unopposed motion is as follows:

      1.     Plaintiff's dispositive motion in this case is currently due on January 11, 2008.

      2.     On or about May 23, 2007, Plaintiff filed a Motion for Reconsideration with the Provider Reimbursement Review Board ("PRRB"), asking the PRRB to reconsider its decision denying jurisdiction over Plaintiff's Medicare appeals for its fiscal years ending 9/30/97 and 9/30/98. The PRRB's decision denying jurisdiction is the subject of the instant case. This Motion for Reconsideration was filed prior to the filing of the Complaint in this action.

      3.     As of the date of this joint motion, the PRRB has still not ruled on Plaintiff's Motion for Reconsideration. Plaintiff has been assured by PRRB staff that the Motion for Reconsideration is currently before the Board members of the PRRB, which should issue a decision soon. However, according to the PRRB staff, it is very unlikely that such a decision will be issued prior to the due date for Plaintiff's dispositive motion.

      4.     Because the PRRB's decision on Plaintiff's Motion for Reconsideration may

impact the course of this case, Plaintiff believes that it is in the interest of both parties and the court that briefing should be delayed until the PRRB rules on the motion.

5.  Plaintiff's counsel Byron Gross contacted Defendant's counsel, Susan Lyons, Office of the General Counsel, U.S. Department of Health and Human Services, and Ms. Lyons stated that Plaintiff could represent that Defendant does not oppose this motion.

6.  Plaintiff believes that a delay of approximately 60 days in briefing should be sufficient time in light of the PRRB's pending action. Accordingly, Plaintiff proposes the following revised briefing schedule:

| | |
|---|---|
| March 12, 2008: | Plaintiff's dispositive motion |
| April 28, 2008: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| May 19, 2008: | Plaintiff's opposition to Defendant's motion and reply |
| June 9, 2008: | Defendant's reply |

A proposed Order is attached.

Dated: December 19, 2007              Respectfully Submitted,

/s/ John R. Jacob_____
John R. Jacob, Esq.
D.C. Bar No. 444412
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 887-4582
Fax: (202) 955-7648
Email: jjacob@akingump.com

**OF COUNSEL:**
Byron J. Gross, Esq.
Hooper, Lundy and Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Tel: (310) 551-8151
Fax: (310) 551-8181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER E. COX MEDICAL CENTERS, a
Missouri Nonprofit Corporation, doing
business as CoxHealth

      Plaintiff,

  vs.

MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and
Human Services,

      Defendant.

Case No.: 1:07-cv-01218 (CKK)

## ORDER

UPON CONSIDERATION of the Unopposed Motion for Resetting of Briefing Schedule, it is hereby, this ____ day of _____, 2007

ORDERED that the motion is granted and, accordingly, the briefing schedule is reset as follows:

| | |
|---|---|
| March 12, 2008: | Plaintiff's dispositive motion |
| April 28, 2008: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| May 19, 2008: | Plaintiff's opposition to Defendant's motion and reply |
| June 9, 2008: | Defendant's reply |

_____
UNITED STATES DISTRICT JUDGE