UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, a Missouri Nonprofit Corporation, doing business as CoxHealth<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | Case No.: 1:07-cv-01218 (CKK) |

## UNOPPOSED MOTION FOR RESETTING OF BRIEFING SCHEDULE

Plaintiff Lester E. Cox Medical Centers, by and through its counsel, John R. Jacob, Akin Gump Strauss Hauer & Feld LLP, and Byron J. Gross, Hooper, Lundy & Bookman, Inc., hereby moves the Court to continue the briefing schedule for dispositive motions, in accordance with the new schedule set forth below. The good cause for this unopposed motion is as follows:

1. Plaintiff's dispositive motion in this case is currently due on August 15, 2008.

2. On or about May 23, 2007, Plaintiff filed a Motion for Reconsideration with the Provider Reimbursement Review Board ("PRRB"), asking the PRRB to reconsider its decision denying jurisdiction over Plaintiff's Medicare appeals for its fiscal years ending 9/30/97 and 9/30/98. The PRRB's decision denying jurisdiction is the subject of the instant case. This Motion for Reconsideration was filed prior to the filing of the Complaint in this action.

3. As of the date of this unopposed motion, the PRRB has still not ruled on Plaintiff's Motion for Reconsideration. Plaintiff had hoped that the previous briefing schedule extension would be sufficient time to receive the expected PRRB decision on its Motion for Reconsideration, but it was not enough. Plaintiff has been repeatedly assured by PRRB staff that the PRRB's response to Plaintiff's Motion for Reconsideration has been drafted by staff and is

currently before the Board members of the PRRB, which should issue a decision soon. However, according to the PRRB staff, a decision will not be issued prior to the due date for Plaintiff's dispositive motion.

4. Because the PRRB's decision on Plaintiff's Motion for Reconsideration may fully resolve the issue in this case, Plaintiff believes that it is in the interest of both parties and the court that briefing should be delayed until the PRRB rules on the motion. In addition, the parties are now in settlement discussions.

5. Plaintiff's counsel Byron Gross contacted Defendant's counsel, Susan Lyons, Office of the General Counsel, U.S. Department of Health and Human Services, and Ms. Lyons stated that Plaintiff could represent that Defendant does not oppose this motion.

6. Counsel have conferred regarding their respective schedules. Based on discussions between counsel, Plaintiff proposes the following revised briefing schedule:

| | |
|---|---|
| December 15, 2008: | Plaintiff's dispositive motion |
| January 30, 2009: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| March 2, 2009: | Plaintiff's opposition to Defendant's motion and reply |
| April 1, 2009: | Defendant's reply |

A proposed Order is attached.

Dated: August 14, 2008

Respectfully Submitted,

/s/ John R. Jacob
JOHN R. JACOB
D.C. Bar No. 444412
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 887-4582
Fax: (202) 955-7648
Email: jjacob@akingump.com

**OF COUNSEL:**
Byron J. Gross, Esq.
Hooper, Lundy and Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Tel: (310) 551-8151
Fax: (310) 551-8181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER E. COX MEDICAL CENTERS, a Missouri Nonprofit Corporation, doing business as CoxHealth

    Plaintiff,

vs.

MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,

    Defendant.

Case No.: 1:07-cv-01218 (CKK)

## ORDER

UPON CONSIDERATION of the Unopposed Motion for Resetting of Briefing Schedule, it is hereby, this _____ day of _____, 2008

ORDERED that the motion is granted and, accordingly, the briefing schedule is reset as follows:

| | |
|---|---|
| December 15, 2008: | Plaintiff's dispositive motion |
| January 30, 2009: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| March 2, 2009: | Plaintiff's opposition to Defendant's motion and reply |
| April 1, 2009: | Defendant's reply |

_____
UNITED STATES DISTRICT JUDGE